■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BARRON, Appellant. [606 NYS2d 1018] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the verdict is against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We find his sentence neither harsh nor excessive. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Balio, Doerr, Boomer and Boehm, JJ.